# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

DONALD WAYNE JOHNSON

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)**

CASE NUMBER:  06-PO-00160-DLW

U. S. MARSHAL NO:  34585-013

RAE DREVES
(Defendant's Attorney)

**THE DEFENDANT:** Was found guilty after a trial to the Court on counts 1 and 2 of the Information after a pleas of not guilty.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.9(g) | Digging In, Excavating, Disturbing, Injuring, Destroying or in Any Way Damaging Any Archaeological Resource, Artifact or Property on National Forest Lands | 08/19/06 | 1 |
| 36 CFR 261.9(h) | Removing Archaeological Resource, Artifact or Property from National Forest System Lands | 08/19/06 | 2 |

The Defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 2, 2007
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

May 2, 2007
Date

DEFENDANT:  DONALD WAYNE JOHNSON
CASE NUMBER:  06-PO-00160-DLW                                      Judgment-Page 2 of 5

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months of which 3 months are suspended provided that the Defendant complies with the special conditions of sentencing listed below.

The Defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons on September 1, 2007.

The Court recommends that the Bureau of Prisons that the Defendant be allowed to serve his sentence as near to Montezuma  County as possible.

## SPECIAL CONDITIONS OF SENTENCING

1.  The Defendant shall not commit any crime, either local, state or federal for a period of 3 years.  This does not include minor traffic infractions of 8 points or less.

2.  The Defendant cannot enter the Anasazi Archaeological District or the McPhee Reservoir area for a period of 3 years but will be allowed to go to the Anasazi Heritage Center.

3.  The Defendant cannot enter any BLM lands for a period of 3 years.

4.  The Defendant cannot enter any National Forest Service lands for a period of 1 year.

5.  The Defendant will be allowed to travel through BLM lands or National Forest Service lands on state or county roads.

6.  The Court will review access to National Forest Service lands after a period of 1 year but will not review access to BLM lands or the McPhee Reservoir area.

DEFENDANT:  DONALD WAYNE JOHNSON
CASE NUMBER:  06-PO-00160-DLW                              Judgment-Page 3 of 5

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
                    UNITED STATES MARSHAL


By_____
                 Deputy United States Marshal

DEFENDANT:  DONALD WAYNE JOHNSON
CASE NUMBER:  06-PO-00160-DLW                                      Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|-------|-----------|-----|------|-------------|
| 1 | $10.00 | 0 | $0.00 | $2,084.65 |
| 2 | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $20.00 | | $0.00 | $2,084.65 |

The Defendant shall make restitution to the following payees in the amounts listed below.  If the Defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|------------------------|-------------------------------|-----------------------------------------|
| United States Forest Service c/o U. S. District Court P. O. Box 2906 Durango, Colorado 81302 | $0.00 | $2,084.65 | |
| **TOTALS** | $0.00 | $2,084.65 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  DONALD WAYNE JOHNSON
CASE NUMBER:  06-PO-00160-DLW                                    Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the Defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Restitution is to be paid over a period of three (3) years, if not sooner.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, unless otherwise directed by the Court, the probation officer, or the United States Attorney.

The Defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal, (3) restitution interest.